IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC d/b/a
BALFOUR BEATTY COMMUNITIES,

Plaintiff,

v.     CV 117-058

MICHAEL MCDONALD and
ANSELIKA MCDONALD,

Defendants.

**O R D E R**

Presently before the Court is Plaintiff's Notice of Dismissal. (Doc. 4.) Plaintiff's notice was filed prior to Defendants having served either an answer or a motion for summary judgment. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA